464 A.2d 537

Commonwealth v. Vasquez, Jr., Appellant.
Petition for Allowance of Appeal
Denied Dec. 19, 1983.

Argued May 25, 1982.   Larry B. Maier, for appellant;   Heather J. Mumma, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and BECK, JJ.

Judgment of sentence is affirmed.

BROSKY, J., filed a memorandum concurring opinion.

WIEAND, J., concurred in the result.

464 A.2d 538

Commonwealth v. Wentling, Appellant.

Submitted November 9, 1982.   J. Stevenson Suess, for appellant;   William M. Kern, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, ROWLEY and MONTGOMERY, JJ.

Order affirmed.